No. 106—2376. U. S. Express Co. v. Wright. This was an action brought to recover from appellant for an injury received by appellee, from being struck by a runaway team of horses belonging to appellant. The case was twice before a jury, and each trial resulted in a similar verdict in favor of plaintiff. The single ground alleged for reversal is, that the verdict is contrary to the evidence. There was a sharp conflict of evidence on the most important point in the case as to whether the driver was guilty of negligence. It may be admitted that if the weight of evidence depended wholly on the number of witnesses, appellant would have the preponderance; but such is not the case; and where there is a conflict, the jury and the court below have a much better opportunity of determining where the truth lies than a reviewing court. In such cases, unless the court on review of the whole record can say that the verdict is clearly and manifestly against the weight of the evidence, the judgment of the court below will not be

disturbed. Affirmed. Opinion PER CURIAM. Judge below, KIRK HAWES. Attorneys, for appellant, Mr. EGBERT JAMIESON; for appellee, WALTER M. HOWLAND. Opinion filed July 28, 1886.